■ In the Matter of DAVINA A., a Person Alleged to be a Juvenile Delinquent, Appellant. [975 NYS2d 875]—

Order, Family Court, Bronx County (Sidney Gribetz, J.), entered on or about November 29, 2012, which adjudicated appellant a juvenile delinquent upon a fact-finding determination that she committed acts that, if committed by an adult, would constitute the crimes of criminal possession of a weapon in the fourth degree, menacing in the second degree, attempted assault in the third degree, and that she also committed the act of unlawful possession of a weapon by a person under 16, and placed her on probation for a period of 12 months, unanimously affirmed, without costs.

The court's finding was not against the weight of the evidence (see *People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's credibility determinations. The victim's testimony established each of the charged offenses.

The court properly exercised its discretion in adjudicating appellant a juvenile delinquent and placing her on probation rather than adjudicating her a person in need of supervision.

This was the least restrictive dispositional alternative consistent with appellant's needs and the community's need for protection (*see Matter of Katherine W.,* 62 NY2d 947 [1984]), in view of appellant's violent conduct in the underlying incident, which included threatening her mother with a knife, as well as appellant's history of violence and other misconduct (*see e.g. Matter of Jade Q.,* 41 AD3d 327 [1st Dept 2007]). Concur—Mazzarelli, J.P., Sweeny, DeGrasse, Freedman and Gische, JJ.